IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3166 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| DAGOBERTO SERVERO CEDANO-MEDINA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

IT IS ORDERED that judgment is entered for the United States of America, and against the defendant, Daboberto Servero Cedano-Medina, providing that the defendant shall take nothing, and his motion to vacate, set aside, or correct his sentence (filing 73) is denied with prejudice.

August 31, 2005.                                BY THE COURT:

                                                *s/Richard G. Kopf*
                                                United States District Judge